**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 15-16724-jkf |
|     Denise Holmes | : Chapter 13 |
|         Debtor | : |
| | : |
| Select Portfolio Servicing, Inc. | : |
|         Movant | : |
| | : |
|     vs. | : |
| | : |
| Denise Holmes | : |
|         Debtor/Respondent | : |
|     and | : |
| Scott F. Waterman, Esquire | : |
|         Trustee/Respondent | : |

**CERTIFICATION OF NO ANSWER OR RESPONSE**
**TO MOTION TO APPROVE TRIAL LOAN MODIFICATION**

    I, Danielle Boyle-Ebersole, counsel for Select Portfolio Servicing, Inc. ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant to Approve Trial Loan Modification has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court to grant Movant's Motion to Approve Trial Loan Modification.

Date: 1/24/2020

    /s/Danielle Boyle-Ebersole, Esquire
    Danielle Boyle-Ebersole, Esquire
    Hladik, Onorato & Federman, LLP
    Attorney I.D. # 81747
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521
    Email: debersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 15-16724-jkf |
|    Denise Holmes | : Chapter 13 |
|                 Debtor | : |
| | : |
| Select Portfolio Servicing, Inc. | : |
|                 Movant | : |
| | : |
|         vs. | : |
| | : |
| Denise Holmes | : |
|                 Debtor/Respondent | : |
|         and | : |
| Scott F. Waterman, Esquire | : |
|                 Trustee/Respondent | : |

## CERTIFICATE OF SERVICE OF
## CERTIFICATION OF NO ANSWER OR RESPONSE

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion to Approve Trial Loan Modification, on the parties at the addresses shown on January 24, 2020.

The types of service made on the parties were: <u>Electronic Notification and/ or First Class Mail,</u> as noted below:

Zachary Perlick, Esquire
Via ECF
*Attorney for Debtor*

Denise Holmes
100 Moody Street
Coatesville, PA 19320
Via First Class Mail
*Debtor*

Scott F. Waterman, Esquire
VIA ECF
*Trustee*

Dated: 1/24/2020

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121