IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 15-16724-jkf |
|     Denise Holmes | : Chapter 13 |
|         Debtor | : |
| | : |
| Select Portfolio Servicing, Inc. | : |
|         Movant | : |
| | : |
|     vs. | : |
| | : |
| Denise Holmes | : |
|         Debtor/Respondent | : |
|     and | : |
| Scott F. Waterman, Esquire | : |
|         Trustee/Respondent | : |

**ORDER**

    AND NOW, upon the consideration of the Motion to Approve Trial Loan Modification, no objections having been filed after notice, and finding good cause to grant said Motion, it is hereby ORDERED and DECREED that Motion is GRANTED, and the Debtor is authorized to enter into the Trial Loan Modification transaction as set forth in the Motion with Movant, Select Portfolio Servicing, Inc., with respect to the property located at 250 Ash Road, Coatesville, PA 19320.

BY THE COURT

**Date: February 5, 2020**

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Judge