```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 15-16724-jkf
Denise Holmes                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: ChrissyW           Page 1 of 1            Date Rcvd: Feb 05, 2020
                            Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db              +Denise Holmes,   100 Moody Street,   Coatesville, PA 19320-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
          DANIELLE  BOYLE-EBERSOLE     on behalf of Creditor    Select Portfolio Servicing, Inc.
           debersole@hoflawgroup.com, pfranz@hoflawgroup.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    CitiMortgage, Inc. paeb@fedphe.com
          KEVIN G. MCDONALD     on behalf of Creditor    Select Portfolio Servicing, Inc.
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
           agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY   PERLICK    on behalf of Debtor Denise  Holmes Perlick@verizon.net, pireland1@verizon.net
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    Denise Holmes<br>            Debtor | : Bankruptcy No. 15-16724-jkf<br>: Chapter 13<br>:<br>: |
| Select Portfolio Servicing, Inc.<br>            Movant | :<br>:<br>: |
| vs. | :<br>: |
| Denise Holmes<br>            Debtor/Respondent<br>    and<br>Scott F. Waterman, Esquire<br>            Trustee/Respondent | :<br>:<br>:<br>:<br>: |

**ORDER**

    AND NOW, upon the consideration of the Motion to Approve Trial Loan Modification, no objections having been filed after notice, and finding good cause to grant said Motion, it is hereby ORDERED and DECREED that Motion is GRANTED, and the Debtor is authorized to enter into the Trial Loan Modification transaction as set forth in the Motion with Movant, Select Portfolio Servicing, Inc., with respect to the property located at 250 Ash Road, Coatesville, PA 19320.

BY THE COURT

**Date: February 5, 2020**

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Judge