| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-16724-AMC

DENISE HOLMES  
100 MOODY STREET  
COATESVILLE  PA    19320

Petition Filed Date: 09/17/2015  
341 Hearing Date: 12/18/2015  
Confirmation Date: 05/25/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2019 | $73.00 | 25123074041 | 01/17/2019 | $1,000.00 | 25123074030 | 02/15/2019 | $1,000.00 | 25385830020 |
| 02/15/2019 | $73.00 | 25385830031 | 03/19/2019 | $1,000.00 | 25464117543 | 03/19/2019 | $73.00 | 25464117554 |
| 04/17/2019 | $1,000.00 | 25464119275 | 04/17/2019 | $73.00 | 25464119286 | 05/16/2019 | $1,000.00 | 25385847287 |
| 05/16/2019 | $73.00 | 25385847298 | 06/11/2019 | $1,000.00 | 25385872893 | 06/11/2019 | $73.00 | 25385872904 |
| 07/16/2019 | $75.00 | 25464124091 | 07/16/2019 | $1,000.00 | 25464124080 | 08/16/2019 | $75.00 | 25807221764 |
| 08/16/2019 | $1,000.00 | 25807221753 | 09/16/2019 | $1,000.00 | 25754251926 | 09/16/2019 | $73.00 | 25754251937 |
| 10/17/2019 | $1,000.00 | 25754253704 | 10/17/2019 | $73.00 | 25754253715 | 11/20/2019 | $73.00 | 25754255100 |
| 11/20/2019 | $1,000.00 | 25754255098 | 12/13/2019 | $1,000.00 | 25754256393 | 12/13/2019 | $73.00 | 25754256404 |
| 01/22/2020 | $1,000.00 | 25807245221 | 01/22/2020 | $73.00 | 25807245232 | 03/17/2020 | $1,000.00 | 26222462403 |
| 03/17/2020 | $73.00 | 26222462414 | 04/15/2020 | $73.00 | 26222464135 | 04/15/2020 | $1,000.00 | 26222464124 |
| 05/21/2020 | $73.00 | 26559850094 | 05/21/2020 | $1,000.00 | 26559850083 | 06/16/2020 | $1,000.00 | 26559854302 |
| 06/16/2020 | $73.00 | 26559854313 | 07/27/2020 | $1,000.00 | 26376145345 | 07/27/2020 | $73.00 | 26376145356 |

**Total Receipts for the Period: $19,318.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $54,763.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $6,647.89 | $3,170.39 | $3,477.50 |
| 8 | BECKET & LEE, LLP<br>»»  008 | Unsecured Creditors | $928.03 | $442.57 | $485.46 |
| 2 | CERASTES LLC<br>»»  002 | Unsecured Creditors | $1,259.99 | $600.90 | $659.09 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»»  012 | Unsecured Creditors | $1,065.55 | $508.16 | $557.39 |
| 13 | QUANTUM3 GROUP LLC as agent for<br>»»  013 | Unsecured Creditors | $1,000.61 | $477.18 | $523.43 |
| 9 | GINNYS<br>»»  009 | Unsecured Creditors | $1,391.87 | $663.78 | $728.09 |
| 4 | UNITED STATES TREASURY (IRS)<br>»»  04P | Priority Crediors | $2,094.27 | $2,094.27 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»»  04U | Unsecured Creditors | $3,580.57 | $1,707.58 | $1,872.99 |
| 14 | KIA MOTORS FINANCE<br>»»  014 | Unsecured Creditors | $487.70 | $487.70 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  010 | Unsecured Creditors | $1,304.88 | $622.29 | $682.59 |

**Chapter 13 Case No. 15-16724-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $291.55 | $127.69 | $163.86 |
| 1 | SELECT PORTFOLIO SERVICING INC<br>»» 001 | Mortgage Arrears | $2,676.72 | $2,676.72 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $2,212.07 | $1,054.94 | $1,157.13 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $3,362.42 | $1,603.54 | $1,758.88 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $1,779.72 | $848.74 | $930.98 |
| 16 | SELECT PORTFOLIO SERVICING INC<br>»» 016 | Mortgage Arrears | $24,019.75 | $24,019.75 | $0.00 |
| 16 | SELECT PORTFOLIO SERVICING INC<br>»» 16B | Mortgage Arrears | $4,399.12 | $4,399.12 | $0.00 |
| 15 | WESTLAKE FINANCIAL SERVICES<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | ZACHARY PERLICK ESQ<br>»» 017 | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,763.00 | Current Monthly Payment: | $1,073.00 |
| Paid to Claims: | $49,025.32 | Arrearages: | $1,068.00 |
| Paid to Trustee: | $4,760.63 | Total Plan Base: | $57,977.00 |
| Funds on Hand: | $977.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.