United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16724-amc |
| Denise Holmes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Holmes, 100 Moody Street, Coatesville, PA 19320-1934 |
| cr | + | NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13599367 | + | Best Buy, 7601 Penn Ave., S, Minneapolis, MN 55423-3683 |
| 13672227 | | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13599370 | + | Chadwick's of Boston, 500 Bic Drive, Milford, CT 06461-1734 |
| 13599371 | + | Chrysler Financial, PO Box 961275, Fort Worth, TX 76161-0275 |
| 13689441 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 13599374 | + | Kia Motors Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 13827326 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13599376 | | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14408757 | + | Select Portfolio Servicing, Inc., C/O KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14408104 | + | Select Portfolio Servicing, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14411185 | | Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 13693348 | | Wells Fargo Bank, N.A., as trustee, c/o Select Portfolio Servicing, Inc., P.O Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:48 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13622656 | + | Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13599368 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:00:58 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 13628430 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 03:51:30 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13599369 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:46 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 13620557 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:11:16 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, |

Case 15-16724-amc   Doc 92   Filed 04/18/21   Entered 04/19/21 00:50:59   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | IA 50368-8971 |
| 13599372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:01:55 | Citimortage, Inc., 1000 Technology Rd., O Fallon, MO 63368-2240 |
| 13672698 | + | Email/Text: bankruptcy@sccompanies.com | Apr 17 2021 03:37:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13599373 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2021 03:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13599375 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2021 03:31:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 13672708 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2021 03:34:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13663768 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2021 03:52:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13659647 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2021 03:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13687527 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2021 03:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13621715 | | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 03:52:31 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13691808 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 17 2021 03:34:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIMORTGAGE INC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |

Case 15-16724-amc    Doc 92    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 33 |

on behalf of Creditor CitiMortgage Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW M. LUBIN
    on behalf of Creditor Wells Fargo Bank N.A., as Trustee alubin@milsteadlaw.com, bkecf@milsteadlaw.com

ANTONIO G. BONANNI
    on behalf of Creditor Select Portfolio Servicing Inc. abonanni@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor CitiMortgage Inc. paeb@fedphe.com

KEVIN G. MCDONALD
    on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F WATERMAN
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Denise Holmes Perlick@verizon.net pireland1@verizon.net

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Denise Holmes
      Debtor(s)

Bankruptcy No: 15−16724−amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                       For The Court
                                                               Timothy B. McGrath
                                                                  Clerk of Court

Dated: 4/16/21

                                                                                             91 − 90
                                                                                         Form 138_new