United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 15-16724-amc

Denise Holmes  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Denise Holmes, 100 Moody Street, Coatesville, PA 19320-1934 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor CitiMortgage Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW M. LUBIN | on behalf of Creditor Wells Fargo Bank N.A., as Trustee alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| ANTONIO G. BONANNI | on behalf of Creditor Select Portfolio Servicing Inc. abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Select Portfolio Servicing Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor CitiMortgage Inc. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 195 | Total Noticed: 1 |

KEVIN S. FRANKEL
   on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com

MATTHEW CHRISTIAN WALDT
   on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee
   mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

POLLY A. LANGDON
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
   on behalf of Debtor Denise Holmes Perlick@verizon.net  pireland1@verizon.net


TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Denise Holmes : Case No. 15−16724−amc

    Debtor(s)

### ORDER
_____

    AND NOW, this day , May 18,2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

95
Form 195